Order entered March 6, 2019



In The
# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-18-01139-CV

## DEE L. CHARLES, Appellant

## V.

## CROWN ASSET MANAGEMENT, LLC, Appellee

**On Appeal from the 162nd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-18-07395**

## ORDER

Before the Court is appellant's March 5, 2019 motion to extend time to file her amended brief. We **GRANT** the motion and **ORDER** the brief be filed no later than March 15, 2019. We again caution appellant that failure to timely file the brief may result in dismissal of the appeal without further notice. *See* TEX. R. APP. P. 38.8(a)(1), 42.3(b)(c).

/s/ ERIN A. NOWELL
   JUSTICE